## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **RICK VAN BUSKIRK, on behalf of himself and all others similarly situated,** ) | Case No. 2:19-CV-00557 |
| ) | |
| Plaintiff, ) | Judge George C. Smith |
| ) | |
| v. ) | |
| ) | |
| **CARDINGTON YUTAKA** ) | |
| **TECHNOLOGIES INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATED ORDER AND FINAL JUDGMENT

This matter is before the Court on the Parties Joint Motion for Approval of Settlement and Stipulation of Dismissal pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 16(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement and Release Agreement ("Agreement") attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Declaration of Plaintiff's counsel Robi J. Baishnab attached as Exhibit C to the Joint Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement and the Agreement, and finds as follows:

1. The captioned lawsuit asserts individual and collective claims under the FLSA, 29 U.S.C. §§ 201 *et seq.*, and individual and class claims under the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), Ohio Rev. Code § 4111.03(A), alleging improper calculation of

Plaintiff's overtime rate.

2.     After investigation and the review of time records and payroll records by Plaintiff's counsel, Plaintiff did not seek certification of either a collective action or a class action. There are no class members and no other employees joined the lawsuit.

3.     The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

4.     The Court approves the Settlement Agreement and Release of Claims, and orders that the Settlement be implemented according to the terms and conditions of that Agreement.

5.     The Court dismisses the claims of Plaintiff with prejudice, dismisses the class and collective action claims without prejudice, and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

6.     The Court retains jurisdiction over this action to enforce the terms of the Settlement.

**SO ORDERED:**

Date: _9/6/2019_____    _George C. Smith_____
                                GEORGE C. SMITH
                                UNITED STATES DISTRICT JUDGE

**SO STIPULATED :**

s/ Robi J. Baishnab
Robi J. Baishnab (0086195)
NILGES DRAHER LLC
34 N. High Street
Suite 502
Columbus, OH 43215
Telephone:    614.824.5770
Facsimile:    330.754.1430
E-mail:        rbaishnab@ohlaborlaw.com

Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
NILGES DRAHER LLC
7266 Portage Street NW
Suite D
Massillon, OH 44646
Telephone:    330.470.4428
Facsimile:    330.754.1430
E-mail:        hans@ohlaborlaw.com
              sdraher@ohlaborlaw.com

*Attorneys for Plaintiff Rick Van Buskirk*

s/ Thomas R. Simmons
Thomas R. Simmons (0062422)
Melissa Z. Kelly (0077441)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
Telephone:    216.592.5000
Facsimile:    216.592.5009
E-mail:        thomas.simmons@tuckerellis.com
              melissa.kelly@tuckerellis.com

*Attorneys for Defendant Cardington Yutaka Technologies Inc.*